**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), *et al.*, <br><br>         Plaintiffs, <br><br>    v. <br><br> ELISABETH DEVOS, *et al.*, <br><br>         Defendants. | No. 20-cv-1996 (DLF) |

**JOINT STATUS REPORT REGARDING PARTIAL SUMMARY JUDGMENT BRIEFING**

Pursuant to this Court's direction at the August 14, 2020 status conference, Defendants respectfully inform the Court that their August 24, 2020 filing will oppose Plaintiffs' request for partial summary judgment but will not, as of now, cross-move for summary judgment.

Accordingly, the parties will follow the schedule discussed at the scheduling conference held today:

August 24, 2020 – Defendants will respond to Plaintiffs' motion for partial summary judgment.

August 28, 2020 – Plaintiffs will file a reply in support of their motion for partial summary judgment.

September 4, 2020 – The Court will hold a hearing on the pending motion.

Plaintiffs, through their counsel, indicate their agreement with this schedule.

Dated: August 14, 2020                         Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director

*/s/  William K. Lane III*
WILLIAM K. LANE III
(D.C Bar No. 1034955)
Counsel, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 305-7920
william.lane2@usdoj.gov

*Attorneys for Defendants*

1