UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), et al.<br><br>   *Plaintiffs*,<br><br> v.<br><br>ELISABETH "BETSY" D. DEVOS, in her official capacity as the United States Secretary of Education, et al.<br><br>   *Defendants*. | Civil Case No. 1:20-cv-01996 (DLF) |

**SOUTHERN EDUCATION FOUNDATION'S
DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS**

  Pursuant to LCvR 26.1, I, the undersigned, counsel of record for Southern Education Foundation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates or companies which own at least 10% of the stock of Southern Education Foundation which have any outstanding securities in the hands of the public:   None.

Dated:  August 28, 2020

Attorneys of Record for Southern Education Foundation

Respectfully submitted,

*/s/ Benjamin L. Snowden*
Benjamin L. Snowden (D.C. Bar #997863)
Joseph S. Dowdy (N.C. Bar #31941)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
919-420-1700 Telephone
919-420-1800 Facsimile
bsnowden@kilpatricktownsend.com
jdowdy@kilpatricktownsend.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2020, I electronically filed the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF users.

*/s/ Benjamin L. Snowden*
Benjamin L. Snowden