UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
*et al.*,

    *Plaintiffs*,

  v.

ELISABETH D. DEVOS, *et al.*,

    *Defendants*.

No. 20-cv-1996 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiffs' Motion for Preliminary Injunction, Or in the Alternative, Summary Judgment, Dkt. 36, which the Court considered as an expedited motion for summary judgment pursuant to Federal Rule of Civil Procedure 65(a)(2), is **GRANTED** as to Counts 3 and 4.  It is further

**ORDERED** that the Department of Education's Interim Final Rule, 85 Fed. Reg. 39,479, is **VACATED**.  Accordingly, it is further

**ORDERED** that Counts 1, 2, 5, 6, and 7 are **DENIED AS MOOT.**

The Clerk of Court is directed to close this case.

_____
DABNEY L. FRIEDRICH
United States District Judge

September 4, 2020